AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

SARA YOUSEFI p/k/a FATIMA YOUSEFI,

        Plaintiff

v.

WAL-MART STORES INC., STEPHEN SCOTT SIMISTER,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:15CV135 DBP

IT IS ORDERED AND ADJUDGED

    that judgment is entered in favor of Defendants and against Plaintiff.

August 1, 2016

*Date*

D. Mark Jones

*Clerk of Court*

*(By) Deputy Clerk*